UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO MENDOZA RUIZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CR-00080-DCLC-CRW |

**ORDER**

Magistrate Judge Cynthia R. Wyrick filed a report and recommendation [Doc. 16] recommending that the Court: (1) accept Defendant's plea of guilty to Count One of the Indictment; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (3) defer the decision as to whether to accept the plea agreement until the presentence report has been prepared; and (4) find that the Defendant shall remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, that is, reentry of a removed alien, in violation of 8 U.S.C. § 1326(a), is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

(3) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is set for **December 10, 2026, at 2:30 p.m.** in Greeneville before the undersigned.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge